IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN KELLER                          :        CIVIL ACTION
                                        :
        vs.                             :
                                        :        NO. 02-2936
CITY OF PHILA.

O R D E R

**AND NOW, TO WIT:** This 23rd day of January, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


                                **MICHAEL E. KUNZ,** Clerk of Court


                                BY:_____
                                    Michael Owens
                                    Deputy Clerk


Civ 2 (7/83)
41.1(b)